**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

LYON FINANCIAL SERVICES, INC.,  Civil No. 05-1933 (JRT/AJB)
A MINNESOTA CORPORATION,
d/b/a USBANCORP BUSINESS
EQUIPMENT FINANCE GROUP,

**ORDER**

        Plaintiffs,

v.

STRONG MANAGEMENT, INC., A
FLORIDA CORPORATION AND DAVID C. STRONG,
INDIVIDUALLY,

        Defendants.

Kevin K. Stroup, **STONEBERG GILES & STROUP, PA**, 300 O'Connell Street, Marshall, Minnesota 56258, for plaintiffs.

Timothy A. Beeton, **SIMPSON, BEETON & FINEGAN LLP**, 305 21st Street, Suite 222, Galveston, Texas 77550, and C. Thomas Wilson, **GISLASON & HUNTER LLP**, Post Office Box 458, New Ulm, Minnesota 56073, for defendants.

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated November 23, 2005, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that plaintiff's Motion for Remand to state court in Lyon County, Minnesota, is **GRANTED** [Docket No. 6].

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: December 15, 2005
at Minneapolis, Minnesota.

                                                s/John R. Tunheim
                                              JOHN R. TUNHEIM
                                           United States District Judge